UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :   INDICTMENT

    -v.-                           :   08 Cr.

KAREEM MITCHELL,
    a/k/a "A-digga,"
    a/k/a "Napoleon,"
    a/k/a "Don Napoleon,"
    a/k/a "Adigga1@hotmail.com,"    :

                  Defendant.    :

- - - - - - - - - - - - - - - - - - x

                          COUNT ONE

        The Grand Jury charges:

        1.   From in or about May 2007 up to and including in or about June 2007, in the Southern District of New York and elsewhere, KAREEM MITCHELL, a/k/a "A-Digga," a/k/a "Napoleon," a/k/a "Don Napoleon," a/k/a "Adigga1@hotmail.com," the defendant, unlawfully, willfully, and knowingly did transport an individual who had not attained the age of 18 years in interstate commerce, with intent that the individual engage in prostitution and other sexual activity for which a person can be charged with a criminal offense, to wit, MITCHELL transported an individual he knew to be under the age of 18 from New York to Alabama, Mississippi, and Florida, for the purpose of having that individual engage in criminal sexual activity for money.

        (Title 18, United States Code, Section 2423(a).)

## COUNT TWO

The Grand Jury further charges:

2. From in or about April 2007 up to and including in or about June 2007, in the Southern District of New York and elsewhere, KAREEM MITCHELL, a/k/a "A-Digga," a/k/a "Napoleon," a/k/a "Don Napoleon," a/k/a "Adigga1@hotmail.com," the defendant, unlawfully, willfully, and knowingly, and for the purpose of private financial gain, did arrange, induce, procure, and facilitate the travel of a person knowing that such a person would travel in interstate commerce for the purpose of engaging in illicit sexual conduct, to wit, MITCHELL facilitated the travel of a person he knew to be under 18 years of age from New York to Alabama, Mississippi, and Florida, for the purpose of having that person engage in illicit sexual conduct.

(Title 18, United States Code, Section 2423(d).)

## COUNT THREE

The Grand Jury further charges:

3. From in or about April 2007 up to and including in or about June 2007, in the Southern District of New York and elsewhere, KAREEM MITCHELL, a/k/a "A-Digga," a/k/a "Napoleon," a/k/a "Don Napoleon," a/k/a "Adigga1@hotmail.com," the defendant, unlawfully, willfully, and knowingly, did persuade, induce, entice, and coerce an individual to travel in interstate commerce to engage in prostitution and other sexual activity for which a person can be charged with a criminal offense, and did attempt so

to do, to wit, MITCHELL persuaded individuals to travel from New York to Alabama, Mississippi, and Florida so that those individuals could engage in prostitution and other criminal sexual activity.

(Title 18, United States Code, Section 2422(a).)

## COUNT FOUR

The Grand Jury further charges:

4. In or about November 2007, in the Southern District of New York and elsewhere, KAREEM MITCHELL, a/k/a "A-Digga," a/k/a "Napoleon," a/k/a "Don Napoleon," a/k/a "Adigga1@hotmail.com," the defendant, unlawfully, willfully, and knowingly did deposit in a post office and authorized depository for mail matter to be sent and delivered by the Postal Service and did cause to be delivered by the Postal Service according to the direction thereon, a communication addressed to another person and containing a threat to injure the person of the addressee, to wit, MITCHELL mailed to an individual a letter that contained a threat to kill and injure that individual.

(Title 18, United States Code, Section 876(c).)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KAREEM MITCHELL,
a/k/a "Napoleon,"
a/k/a "Don Napoleon,"
a/k/a "A-digga,"
a/k/a "adigga1@hotmail.com,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 876(c),
2422(a), 2423(a), 2423(d).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

04/01/08  INDICTMENT FILED. A/W ISSUED.

FOX, M.J.