```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :      AFFIRMATION

        - v. -                        :      08 Cr. 286

KAREEM MITCHELL,                      :
    a/k/a "Napoleon,"
    a/k/a "Don Napoleon,"             :
    a/k/a "A-digga,"
    a/k/a "adigga1@hotmail.com,"      :

            Defendant.                :

- - - - - - - - - - - - - - - - - - - x
```

SOUTHERN DISTRICT OF NEW YORK, ss:

      JEFF ALBERTS, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one KAREEM MITCHELL, a/k/a "A-Digga," a/k/a "Napoleon," a/k/a "Don Napoleon," a/k/a "adigga1@hotmail.com," the defendant, now incarcerated at the George R. Vierno Detention Center, East Elmhurst, New York, has been charged in an Indictment with violating Title 18, United States Code, Sections 876(c), 2422(a), 2423(a), and 2423(d).

      By this application, the Government seeks a warrant of habeas corpus ad prosequendum so that KAREEM MITCHELL, a/k/a "A-Digga," a/k/a "Napoleon," a/k/a "Don Napoleon," a/k/a "adigga1@hotmail.com," the defendant, can be brought before this Court to be available for prosecution in the above-entitled

matter.  No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully requests that a writ of habeas corpus ad prosequendum issue, directing the Warden of the George R. Vierno Detention Center, East Elmhurst, New York, and the United States Marshal for the Southern District of New York, or any other authorized law enforcement officer, to produce the above-named defendant to custody of the Warden of the Metropolitan Correctional Center, or person there in charge, to be available for prosecution, as soon as the defendant is available, and to appear as necessary thereafter in that case until KAREEM MITCHELL, a/k/a "A-Digga," a/k/a "Napoleon," a/k/a "Don Napoleon," a/k/a "adigga1@hotmail.com," the defendant, has been discharged or has been convicted and sentenced, and to return him immediately thereafter to the George R. Vierno Detention Center, East Elmhurst, New York.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

    s/Jeff Alberts
Jeff Alberts
Assistant United States Attorney
(212) 637-1038

Dated:    April 2, 2008
          New York, New York