```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 6/2/08      │
└─────────────────────────┘
```

# GOLDBERG & RIMBERG PLLC

115 BROADWAY – 3RD FLOOR
NEW YORK, NEW YORK 10006
Tel: (212) 697-3250
Fax: (866)651-3196 (Writer's Direct)

June 1, 2008

**VIA FACSIMILE**

The Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



RECEIVED JUN - 2 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

Re:  United States v. Kareem Mitchell
     08 Cr. 286 (RPP)

**MEMO ENDORSED**

Dear Judge Patterson:

I am the attorney assigned to represent Kareem Mitchell in connection with this case.

This letter is respectfully submitted to request an extension of the motion schedule previously set in this case and an adjournment of the next pre-trial conference. Defense motions are currently due on June 6, 2008, and the next pre-trial conference is scheduled to take place on June 18, 2008.

An adjournment is being requested because I have not yet completed my review of the significant amount of discovery in this case, and accordingly, I am not yet prepared to file motions in this matter. I have not completed my review of the discovery in this case, in part, because I recently aggravated or re-injured a ruptured/herniated disc at the L2-L3 portion of my spinal cord. The herniated disc is compressing on a nerve root in my lower back causing me severe discomfort and constant pain. As a result, I have not been able to work full time in the past few weeks. I am currently under a doctor's care for this condition and it is hoped that with effective therapy and pain management that my condition will improve within the next few weeks. Further, I am currently scheduled to meet a doctor at Franklin Hospital in Valley Stream, New York, on Wednesday, June 4, 2008, to be further evaluated.

I reasonably believe that I will be able to complete my review of the discovery and submit defense motions, if any,

Hon. Robert P. Patterson
June 1, 2008
Page 2 of 2

no later than July 9, 2008. Such an extension will allow me the time I require to complete an appropriate review of the discovery and to prepare any motions which might be warranted. Such an extension will also allow the parties to continue to pursue plea discussions in this case.

I have spoken to AUSA Alberts, who advises me that the Government does not object to this request.

If Your Honor is inclined to grant this request, I would propose the following schedule:

1) Defendant shall submit defense motions, if any, by July 9, 2008; and

2) The Government shall submit a response, if any, by July 21, 2008.

If the schedule outlined herein is acceptable to Your Honor, oral argument and/or the next pre-trial conference could then be scheduled for any time after July 22, 2008.

Finally, because the adjournment being requested is to facilitate defense counsel's review of the discovery and preparation of motions, and because the adjournment being requested is also for purposes of pursuing plea negotiations, defendant consents to an exclusion of time pursuant to the speedy trial act.

Thank you in advance for Your Honor's consideration in this matter.

Respectfully,

Joseph A. Grob (JG 7975)

cc: AUSA Jeff Alberts
    (Via Email & Facsimile)

*Application granted. Time is excluded under the Speedy Trial Act until 7/24/08. Conference 7/24/08 at 4 PM. So ordered. 6/2/08 Robert P. Patterson USDJ*