UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :     **NOTICE OF APPEARANCE**

      - v. -                     :     08 Cr. 286 (RPP)

KAREEM MITCHELL,                   :
 a/k/a "A-digga,"                  
 a/k/a "Napoleon,"                 :
 a/k/a "Don Napoleon,"             
 a/k/a "Adigga1@hotmail.com," :

            Defendant.       :

- - - - - - - - - - - - - - - x

TO:  Clerk of Court
     United States District Court
     Southern District of New York

    The undersigned attorney respectfully requests the Clerk to
note his appearance in this case.


                  Respectfully submitted,

                  MICHAEL J. GARCIA
                  United States Attorney for the
                  Southern District of New York


          By:  /s/_____
                  Edward Y. Kim
                  Assistant United States Attorney
                  Tel.: (212) 637-2401
                  Fax: (212) 637-2527